Submitted on petition for review April 15, petition for review allowed; decision of Court of Appeals reversed and case remanded to circuit court for further proceedings October 8, 1992

ANTONIO A. GUTIERREZ,
*Petitioner on Review,*

*v.*

Manfred MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent on Review.*

(CC 90-C-11458; CA A68490; SC S39109)

838 P2d 67

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed, and the case is remanded to the circuit court for further proceedings. *See Boone v. Wright,* 314 Or 135, 836 P2d 727 (1992) (holding that the 1989 amendment to ORS 138.510(2) does not apply to persons whose convictions became final before August 5, 1989).